IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )  | |
| Plaintiff,       ) | |
| )  | Case No. 05-81M-2-MPT |
| v.                                            ) | |
| )  | |
| ERIC SAMPSON                          ) | |
| )  | |
| Defendant.     ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_ Maximum sentence life imprisonment or death

    **X** 10+ year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    **X** Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   ✗  Defendant's appearance as required

   ✗  Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will / will not) invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

   ✗  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

   ___  Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   ___  At first appearance

   ✗  After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of ____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

   ___  1. At the time the offense was committed the defendant was:

   ___  (a) on release pending trial for a felony;

   ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

   ___ (c) on probation or parole for an offense.

___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

___ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

_____

DATED this 29th day of April, 2005.

         COLM F. CONNOLLY
         United States Attorney

        BY: _____
         Edmond Falgowski
         Assistant United States Attorney