## **CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Eric Sampson hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on May 13, 2005, to:

Edmond Falgowski, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE  19801

  /s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  May 13, 2005